FILED

APR 12 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sebean Fleming
00175 784 S.W
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19972

March 30, 2005

U.S. District Court
ATTN: The Honorable Sue L. Robinson
844 King Street, Lockbox 18
Wilmington, De     19801

Case # 04-1480-SLR

Dear Judge Robinson:

I am at a lost. On January 18, 2005, this Honorable Court granted the petitioner the right to proceed in the above-cited case forma pauperis.

On January 31, 2005, I wrote to the clerk of the court and requested a docket sheet and was informed that there was a fifty cent a page fee requirement. The problem is, if I am indigent in one area, I cannot very well afford the other either.

Page 2. Case # 04-1480-SLR

In all honesty, I just want to know what's going on? I have not heard from the Court since February 8, 2005. Have the defendants been notified by U.S. Marshalls? Are we proceeding? Is there anything I need to be doing?

I will appreciate any update you may be able to provide.

Sincerely,

Solomon



U.S. POSTAGE
0.37
PB METER B
6728578
SMYRNA
MAR 31 '05
DE

U.S.M.S.
X-RAY

U.S. District Court
Attn: The Honorable Sue L. Robinson
844 King St. Lock box 18
Wilmington De 19801

Legal Mail

I/M Steven Fleeting
SBI# 00175784 UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977